Ex parte Albert James SALAS.

No. 10–05–00430–CR.

Court of Appeals of Texas, Waco.

Jan. 18, 2006.

Ricardo De Los Santos, Cleburne, for appellant.

Bill Moore, County Atty. for Johnson County, Cleburne, for appellee.

Before Chief Justice GRAY, Justice VANCE, and Justice REYNA.

### MEMORANDUM OPINION

TOM GRAY, Chief Justice.

Albert James Salas filed a "Motion to Dismiss Appeal." Salas personally signed the motion. *See* TEX.R.APP. P. 42.2(a).

We have not issued an opinion in this case and the Clerk has sent a duplicate copy of the motion to the trial court clerk. *See id.*

This appeal is dismissed. *See id.*